MORRIS GROSS et al., Doing Business as M. & M. POULTRY MARKET, Appellants, *v.* SURFACE TRANSPORTATION CORP., et al., Respondents.

Supreme Court, Appellate Term, First Department, December 11, 1947.

*Robert Long* and *Sidney N. Zipser* for appellants.

*Stuart Riedel, Addison B. Scoville* and *Goodwyn Kuyk* for respondents.

Concur: HAMMER, HOFSTADTER and HECHT, JR., JJ.